No. D–2119.   IN RE DISBARMENT OF CULLEN.   Rick S. Cullen, of Tallahassee, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2120.   IN RE DISBARMENT OF GELBWAKS.   Aaron Gelbwaks, of New York, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2121.   IN RE DISBARMENT OF WECHSLER.   Alan Lewis Wechsler, of New York, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 99M41.   HALAS v. UNITED STATES.   Motion to direct the Clerk to file petition for writ of certiorari denied.

No. 98–1109.   SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. v. ILLINOIS COUNCIL ON LONG TERM CARE, INC.   C. A. 7th Cir.   [Certiorari granted, 526 U. S. 1063.]   Motion of respondent for leave to cite additional authority in response to the reply brief of the Solicitor General denied.

No. 98–9828.   OHLER v. UNITED STATES.   C. A. 9th Cir.   [Certiorari granted, ante, p. 950.]   Motion for appointment of counsel granted, and it is ordered that Benjamin L. Coleman, Esq., of San Diego, Cal., be appointed to serve as counsel for petitioner in this case.

No. 99–6578.   IN RE HINES; and
No. 99–6599.   IN RE PURVIS.   Petitions for writs of habeas corpus denied.